IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 25-mj-1266 |
| | ) | | |
| | ) | JUDGE NEWBERN | |
| ELIJAH MILLAR | ) | | |

**UNITED STATES' MOTION FOR DETENTION HEARING
AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Robert E. McGuire, Acting United States Attorney, and Josh Kurtzman, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…any felony…that involves the possession of or use of a firearm." 18 U.S.C. § 3142(f)(1)(E). The statement in support of the Criminal Complaint in this case describes that the Defendant possessed a firearm in violation of 18 U.S.C. § 922(g)(4), which is a felony. Therefore, the Court should set a detention hearing based on the fact that, statutorily, the Government is entitled to one on their own motion in a case involving this offense.

Further, the United States would submit that the alleged offense, as described in the Criminal Complaint, involves the Defendant unlawfully possessing and brandishing a firearm while at a crowded, public event. The Defendant was arrested at this public event as he brandished his firearm and yelled at attendees. After bonding out from that arrest, the Defendant acquired another firearm and was arrested with a firearm again just three days later. Moreover, the

Defendant's social media posts and online activity have raised concerns amongst law enforcement that the Defendant has a desire to commit an act of mass violence. The United States submits that the Defendant has previously ignored court ordered conditions of a conservatorship in the past and, therefore, the Court can have no confidence that the Defendant would abide by whatever condition or set of conditions this Court would order.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

        Respectfully submitted,

        ROBERT E. MCGUIRE
        Acting United States Attorney

By:

        */s/ Josh Kurtzman*
        JOSHUA A. KURTZMAN
        Assistant U.S. Attorney
        719 Church Street – Suite 3000
        Nashville, Tennessee 37203